**No. 45070.**—Protest 844427–G of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel uninflated rubber balls or so-called beach balls identical with those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502 and harmonicas similar to those the subject of Abstract 40586 at 40 percent under paragraph 1541 (a) as claimed.

**No. 45071.**—Protest 999305–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the pipe kazoos in question are in chief value of metal. On the authority of Abstract 44122 the claim at 45 percent under paragraph 397 was sustained.

**No. 45072.**—Protests 12034–K, etc., of Collins Ink Eradicator Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 26, 1940

**No. 45073.**—Protest 726941–G of National Silver Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the candlesticks are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and Abstract 26440 followed.

**No. 45074.**—Protests 957181–G, etc., of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the tape measures in question are chiefly used in the household for utilitarian purposes and are similar to those the subject of Abstract 43372 the claim at 40 percent under paragraph 339 was sustained.